ORDER:
Motion granted. The Detention Hrg and Arraignment are reset to Dec. 14, 2012, at 2:00 pm.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | No. 3:12-00219 |
| ) | JUDGE KNOWLES |
| ) | |
| KWAME KARIM HERROD ) | |

### MOTION TO CONTINUE DETENTION HEARING

Comes now Defendant, Kwame Karim Herrod, by and through counsel, and hereby moves this Court to continue the detention hearing in the above-styled case for approximately seven (7) days. For cause, Mr. Herrod would offer the following:

1. Mr. Herrod is currently scheduled for his detention and preliminary hearings on December 7, 2012 at 10:00.

2. Unites States government is aware of this request and has no objection to the continuance.

3. In the event this Court is not inclined to grant this Motion, Defendant Herrod requests this Court to waive his detention hearing and reserves the right to move for pretrial release at a later date.

### CONCLUSION

Thus, Mr. Herrod respectfully requests a seven (7) day continuance of the detention hearing.