# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | No. 3:12-cr-00219 |
| | ) | JUDGE KNOWLES |
| | ) | |
| KWAME KARIM HERROD | ) | |

*ORDER*
*Motion Granted.*
*ECYL Kls*
*U.S.M.J.*

## MOTION TO WAIVE DETENTION HEARING

Comes now, Defendant Kwame Karim Herrod, by and through counsel, and hereby moves this Court to waive his detention hearing in the above-styled case, set for December 14, 2012 at 2:00.

Respectfully submitted,

**MCKENZIE|JACKSON, PLC**

By:/s/ Cynthia S. McKenzie
Cynthia S. McKenzie (BPR #20911)
Anton L. Jackson (BPR #26394)
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 873-5671 (fax)

*Counsel for Defendant Kwame Herrod*