UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | No. 3:12-cr-00219 |
| ) | JUDGE KNOWLES |
| ) | |
| KWAME KARIM HERROD ) | |

*ORDER*
*Motion Denied*
*As moot.*
*E.Clifton K[?]*
*U.S.M.J.*

## MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT

Comes now, Defendant Kwame Karim Herrod, by and through counsel, and hereby moves this Court to waive his appearance at his arraignment in the above-styled case, set for December 14, 2012 at 2:00. Counsel for Defendant Herrod will be present in open court at the arraignment in this matter.

Respectfully submitted,

**MCKENZIE|JACKSON, PLC**

By:/s/ Cynthia S. McKenzie
Cynthia S. McKenzie (BPR #20911)
Anton L. Jackson (BPR #26394)
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 873-5671 (fax)

*Counsel for Defendant Kwame Herrod*