UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00219 |
| | ) | JUDGE SHARP |
| TIMOTHY MAURICE CAREY | ) | |
| | ) | |

**O R D E R**

Pending before the Court is a SEALED MOTION (Docket No. 97).

A hearing on this motion is hereby scheduled for Monday, April 22, 2013, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE