**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:12-00219-4** |
| | ) | **JUDGE SHARP** |
| **CHRISTINA LANDRUM** | ) | |

## O R D E R

Pending before the Court is the Motion of Christina Landrum to Continue the Plea

Hearing (Docket No. 122) to which the Government does not oppose.

The motion is GRANTED and the plea hearing scheduled for May 29, 2013, is hereby

rescheduled for Thursday, June 20, 2013, at 2:30 p.m.

It is so ORDERED.

_Kevin H. Sharp_

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE