UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00219 |
| | ) | JUDGE SHARP |
| COREY LEE SMITH | ) | |

## O R D E R

Defense Counsel's Motion to Withdraw as Counsel and Motion for Appointment of New Counsel (Docket No. 207) is hereby scheduled for a hearing on Friday, March 14, 2014, at 10:00 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE